UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM A. MCCORMACK,<br><br>Petitioner,<br><br>vs.<br><br>M.A. DELAFOISSE, Warden, FPC Yankton,<br><br>Respondent. | 4:26-CV-04115-KES<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

William McCormack, appearing pro se, filed a habeas petition pursuant to 28 U.S.C. § 2241. Docket 1. Respondent, M.A. Delafoisse, moved to dismiss McCormack's petition without holding an evidentiary hearing for lack of jurisdiction and failure to state a claim upon which relief can be granted. Docket 8. McCormack opposed the motion. Docket 12.

The matter was referred to United States Magistrate Judge Veronica Duffy under 28 U.S.C. § 636(b)(1)(B) and D.S.D. Civ. LR 72.1. Magistrate Judge Duffy submitted her report and recommendation, recommending that this court grant respondent's motion to dismiss and dismiss McCormack's § 2241 petition with prejudice. Docket 13.

Objections to the report and recommendation were due on September 1, 2026. *Id.* The time for objections has passed, and no objections to the report

and recommendation have been filed. The court has considered the case de novo and adopts the report and recommendation in full. Thus, it is

ORDERED that the report and recommendation (Docket 13) is adopted in full.

IT IS FURTHER ORDERED that respondent's motion to dismiss (Docket 8) is granted.

IT IS FURTHER ORDERED that McCormack's § 2241 petition (Docket 1) is dismissed with prejudice.

Dated October 2, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE